PD-0443-16

PD-0443-16
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/2/2016 2:25:17 PM
Accepted 6/2/2016 4:13:56 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS

| | |
|---|---|
| ROLANDO BARRAGAN | * |
| Appellant | * |
| | *     COA# |
| vs. | *     No. 10-15-00079-CR |
| | * |
| THE STATE OF TEXAS | * |
| Appellee | |

MOTION FOR EXTENSION OF TIME TO
FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the Appellant, by and through her undersigned Attorney of Record, and respectfully moves the Court to extend the time for filing a petition for discretionary review in this cause, and in support therefore would show the Court as follows:

I.

That Appellant was found guilty of the offense of Indecency of a Child, No.2011-1161-C1 in the 19th District Court of McLennan County, Texas. Appellant was sentenced by the court and timely gave notice of Appeal.

II.

Appellant's petition for discretionary review is currently due on June 1, 2016.

III.

Appellant hereby requests an extension of time to file his Petition for Discretionary Review until June 2, 2016, and as reasons therefore would show this cause as follows:

Counsel was unable to complete the petition for discretionary review by the current due date.. Counsel has had a medical issue that has required a substantial amount of time to resolve over the last several days. The petition was almost done, but counsel had to be out of the office on June 1, and was unable to get it submitted. The petition is being submitted with this motion.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests this honorable court to extend the time for filing Appellant's Petition for Discretionary Review in this cause to June 2, 2016.

Respectfully submitted,

/s/   Walter M. Reaves, Jr.
Walter M. Reaves, Jr.
100 N. 6th Street, Suite 802
Waco, Texas 76701
(254) 296-0020
FAX (877) 726-4411
TBA#16644200
walterreaves@att.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered to Abel Reyna,  District Attorney for McLennan County, Texas, on June 2, 2016.

/s/   Walter M. Reaves, Jr.
Walter M. Reaves, Jr.